**Loren D. Podwill**, OSB #843241
E-Mail: loren.podwill@bullivant.com
**Stephen F. Deatherage**, OSB #982095
E-Mail: stephen.deatherage@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiff Kawasaki Motors Finance
Corporation

FILED'10 JUL 28 16:26USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION, a Delaware corporation, | Civil No.: 10-cv-6221-TC |
| Plaintiff, | **DECREE FOR PREJUDGMENT CLAIM AND DELIVERY OF COLLATERAL** |
| v. | |
| CYCLE SPORTS OF SALEM, INC., an Oregon corporation; DAVID COLFAX, an individual; and JUNE COLFAX, an individual;, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P 64 and 85 and the Stipulation of counsel for Kawasaki

Motors Finance Corporation and Defendants Cycle Sports of Salem, Inc. and David Colfax,

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**DECREE FOR PREJUDGMENT CLAIM AND DELIVERY OF COLLATERAL**
**Page 1**

filed herewith, and otherwise appearing to the Court that the terms of the Stipulation are reasonable and appropriate,

IT IS HEREBY ORDERED that Plaintiff is granted an immediate Decree of Claim and Delivery directing the U.S. Marshall Service, unless instructed otherwise by representatives of KMFC or its legal counsel, to immediately enter onto Defendants' property and take possession and control of the following property and deliver the same to Plaintiff and/or its authorized representatives:

(a)     All collateral/Kawasaki units listed on Exhibit 1 hereto and located at Cycle Sports' business premises, including but not limited to 4764 Portland Road, Salem, Oregon  97305; 1465 Johnson Street, Salem, Oregon  97301; and 555 River Road, Eugene, Oregon  97401.

The U.S. Marshall Service is hereby directed to commence the above described enforcement action at its earliest opportunity, and to cooperate and coordinate with Plaintiff and/or its authorized representatives and legal counsel in doing so.

Pursuant to the Stipulation of the parties, Plaintiff shall not be required to post any bond or other security for enforcement of this Decree.

DATED this 28 day of July, 2010.

_____
U.S. DISTRICT COURT JUDGE

12711337.1

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

DECREE FOR PREJUDGMENT CLAIM AND DELIVERY
OF COLLATERAL
Page 2

# EXHIBIT 1

# EXHIBIT 1

Dealer N.    ar:        0244

Organization Code    1-17-10-10

KAWASAKI MOTORS FIN.   .CE CORPORATION
FLOORING OUTSTANDING BALANCE INVENTORY

7/14/.    .0

Page 1 of 9

CYCLE SPORTS KAWASAKI

4764 PORTLAND RD NE

SALEM            OR    97305-1760

Phone:    (503) 390-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|-------------|-----|-----------|-------------|---------|-------|---------|--------|----------|
| 2010 | EX250JAF | JKAEXMJ1XADA55286 | 8CPF7 | 2/4/2010 | TK3914 | BLU | $3,649.00 | Crated | _____ |
| 2009 | EX650C9F | JKAEXEC139DA45617 | 792T0 | 7/8/2009 | TI8502 | LIM | $6,029.00 | Crated | _____ |
| 2009 | KL650E9F | JKAKLEE179DA29044 | 794ZS | 7/15/2009 | TG4285 | BLK | $5,009.00 | Crated | _____ |
| 2009 | EX250J9FAL | JKAEXMJ199DA44789 | 7999Z | 8/4/2009 | TG9197 | LIM | $3,734.00 | Crated | _____ |
| 2009 | EX250J9FAL | JKAEXMJ169DA44782 | 799QM | 8/4/2009 | TG9176 | LIM | $3,734.00 | Crated | _____ |
| 2009 | KL650E9F | JKAKLEE149DA26974 | 79G1N | 5/13/2009 | TD5953 | BLU | $5,009.00 | Crated | _____ |
| 2009 | KL650E9F | JKAKLEE169DA29052 | 79HTL | 5/15/2009 | TG4273 | BLK | $5,009.00 | Crated | _____ |
| 2010 | EX250JAF | JKAEXMJ14ADA64419 | 8C0ZF | 3/5/2010 | TN9725 | BLU | $3,649.00 | Crated | _____ |
| 2010 | EX250JAFA | JKAEXMJ16ADA64681 | 8C0ZF | 3/5/2010 | TO0776 | LIM | $3,819.00 | Crated | _____ |
| 2010 | EX250JAFA | JKAEXMJ16ADA64017 | 8C1KY | 3/5/2010 | TN9925 | BLK | $3,819.00 | Crated | _____ |
| 2010 | KLF250AAF | JKALFMA10AB578562 | 8C4JK | 3/9/2010 | E90199 | RED | $3,224.00 | Crated | _____ |
| 2010 | ZX1400CAFA | JKBZXNC11AA022739 | 8D448 | 6/2/2010 | 790370 | SIL | $11,919.00 | Crated | _____ |
| 2010 | EX250JAF | JKAEXMJ1XADA53537 | 8CPF7 | 2/4/2010 | TK4048 | BLU | $3,649.00 | Crated | _____ |
| 2009 | KL650E9F | JKAKLEE179DA29433 | 791RL | 7/7/2009 | TG4255 | BLK | $5,009.00 | Crated | _____ |
| 2010 | EX250JAF | JKAEXMJ11ADA58206 | 8CPF7 | 2/4/2010 | TL6022 | RED | $3,649.00 | Crated | _____ |
| 2010 | EX250JAF | JKAEXMJ12ADA53242 | 8CPF7 | 2/4/2010 | TJ9396 | RED | $3,649.00 | Crated | _____ |
| 2010 | EX250JAF | JKAEXMJ13ADA53850 | 8CPF7 | 2/4/2010 | TK3779 | BLU | $3,649.00 | Crated | _____ |
| 2010 | EX250JAF | JKAEXMJ15ADA53249 | 8CPF7 | 2/4/2010 | TJ9398 | RED | $3,649.00 | Crated | _____ |
| 2010 | EX250JAF | JKAEXMJ18ADA53522 | 8CPF7 | 2/4/2010 | TK4034 | BLU | $3,649.00 | Crated | _____ |

**Exhibit 1**
**Page 1 of 19**

Dealer N  er:     0244

Organiz    Code    1-17-10-10

KAWASAKI MOTORS FI   E CORPORATION
FLOORING OUTSTANDIN    ANCE INVENTORY

7/1

Page    f 9

CYCLE SPORTS KAWASAKI

4764 PORTLAND RD NE

SALEM                OR    97305-1760

Phone:    (503) 390-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2010 | VN900CAF | JKAVN2C16AA037275 | 8CPF7 | 2/4/2010 | 729411 | BLU | $7,346.00 | Crated | |
| 2010 | KVF360AAF | JKBVFHA1XAB583795 | 8CRHT | 2/9/2010 | E87827 | RED | $5,391.00 | Crated | |
| 2010 | KAF400AAF | JK1AFEA17AB550741 | 8CV2G | 2/22/2010 | E88095 | RED | $6,654.00 | Crated | |
| 2010 | EX250JAF | JKAEXMJ11ADA62482 | 8CY18 | 3/4/2010 | TM9987 | RED | $3,649.00 | Crated | |
| 2011 | KAF400ABF | JK1AFEA18BB551981 | 8D01V | 5/19/2010 | E94900 | BLK | $6,824.00 | Crated | |
| 2010 | KLF250AAF | JKALFMA1XAB578603 | 8D1RN | 5/20/2010 | E93264 | BLU | $3,224.00 | Crated | |
| 2010 | KVF750DAF | JKAVFDD15AB518913 | 8CPF6 | 2/4/2010 | E63024 | GRN | $7,844.00 | Crated | |
| 2009 | KLX250W9F | JKALXMW1X9DA01546 | 778N2 | 3/5/2009 | TY5036 | BLK | $4,754.00 | Crated | |
| 2009 | KSF450B9F | JKASFGB109B514366 | 75X81 | 10/14/2008 | D92859 | LIM | $6,666.00 | Crated | |
| 2009 | KSF450B9F | JKASFGB129B514580 | 76X81 | 10/14/2008 | D92948 | LIM | $6,666.00 | Crated | |
| 2009 | KSF450B9F | JKASFGB169B514341 | 75X81 | 10/14/2008 | D92854 | LIM | $6,666.00 | Crated | |
| 2009 | KLX140B9F | JKBLXPB1X9DA04966 | 75X82 | 10/14/2008 | TU6983 | LIM | $2,749.00 | Crated | |
| 2009 | KLX140B9F | JKBLXPB199DA04957 | 75X82 | 10/14/2008 | TU6984 | LIM | $2,749.00 | Crated | |
| 2009 | KLX140B9F | JKBLXPB149DA04963 | 75YH4 | 10/14/2008 | TU6985 | LIM | $2,749.00 | Crated | |
| 2009 | KVF650D9F | JKAVFED1X9B527270 | 769FZ | 1/12/2009 | E41222 | BLK | $6,114.00 | Crated | |
| 2009 | KSF450B9FB | JKASFGB159B516694 | 76HV8 | 11/11/2008 | E26556 | MON | $6,921.00 | Crated | |
| 2009 | KVF650D9F | JKAVFED169B526777 | 76MDR | 11/18/2008 | E27380 | LIM | $6,114.00 | Crated | |
| 2009 | KSF450B9F | JKASFGB199B514320 | 76TGW | 12/2/2008 | D92842 | LIM | $6,666.00 | Crated | |
| 2009 | KSF450B9FB | JKASFGB149B518833 | 76TGW | 12/2/2008 | E29982 | MON | $6,921.00 | Crated | |
| 2009 | EX650C9F | JKAEXEC199DA44469 | 791RM | 7/7/2009 | TH2353 | LIM | $6,029.00 | Crated | |

**Exhibit 1**
**Page 2 of 19**

Page ID#: 117

Page 6 of 22

Filed 07/28/10

Document 13

Case 6:10-cv-06221-TC

| Dealer N. | ar:  0244 | | KAWASAKI MOTORS FI'   'E CORPORATION | | | | 7/1( |
|---|---|---|---|---|---|---|---|
| Organiz.  Code | 1-17-10-10 | | FLOORING OUTSTANDIN. .ANCE INVENTORY | | | | Page ... .f 9 |

CYCLE SPORTS KAWASAKI

4764 PORTLAND RD NE

SALEM      OR   97305-1760

Phone:   (503) 390-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 2009 | KLE650A9F | JKALEEA119A037563 | 778N2 | 3/5/2009 | 675900 | BLU | $6,284.00 | Crated | |
| 2009 | ER650C9F | JKAEREC199DA43879 | 791RM | 7/7/2009 | TH1139 | BLU | $5,689.00 | Crated | |
| 2009 | KLX250W9F | JKALXMW109DA01538 | 778N2 | 3/5/2009 | TY5043 | BLK | $4,754.00 | Crated | |
| 2009 | KLX250W8F | JKALXMW129DA01508 | 778N2 | 3/5/2009 | TY5041 | BLK | $4,754.00 | Crated | |
| 2009 | KLX250W9F | JKALXMW179DA01536 | 778N2 | 3/5/2009 | TY5037 | BLK | $4,754.00 | Crated | |
| 2009 | KSF450B9F | JKASFGB169B514453 | 77J7G | 1/12/2009 | D93021 | RED | $6,666.00 | Crated | |
| 2009 | KLX140B9FA | JKBLXPB189DA07428 | 77SDB | 2/4/2009 | TY7886 | MON | $2,919.00 | Crated | |
| 2009 | KLX140B9FA | JKBLXPB189DA07431 | 77SDB | 2/4/2009 | TY7887 | MON | $2,919.00 | Crated | |
| 2009 | KL650E9F | JKAKLEE199DA27585 | 789NX | 5/4/2009 | TD6725 | RED | $5,009.00 | Crated | |
| 2009 | ER650C9F | JKAEREC119DA35615 | 789NY | 5/4/2009 | TF9441 | BLU | $5,689.00 | Crated | |
| 2009 | KVF650D9F | JKAVFED199B527647 | 78M1V | 3/19/2009 | E53703 | RED | $8,114.00 | Crated | |
| 2009 | JT1500F9F | US-KAW90764C909 | 78NWW | 3/24/2009 | E60153 | SIL | $10,744.00 | Crated | |
| 2010 | KRF750NAF | JKARFDN14AB500743 | 8C0ZG | 3/5/2010 | E78824 | RED | $9,799.00 | Crated | |
| 2009 | KSF450B9FB | JKASFGB199B516892 | 778N1 | 3/5/2009 | E30040 | MON | $6,921.00 | Crated | |
| 2010 | EX250JAF | JKAEXMJ11ADA62403 | 8DS9P | 5/5/2010 | TP9123 | RED | $3,649.00 | Crated | |
| 2010 | VN900CAFA | JKAVN2C10AA038938 | 8DMGP | 4/28/2010 | 753692 | BLK | $7,601.00 | Crated | |
| 2010 | VN900DAF | JKAVN2D14AA038018 | 8DMGP | 4/28/2010 | 725195 | BLU | $8,111.00 | Crated | |
| 2010 | ZR1000DAF | JKAZRCD11AA001732 | 8DMGP | 4/28/2010 | 754058 | BLK | $9,174.00 | Crated | |
| 2010 | ZX600RAF | JKAZX4R14AA019257 | 8DMGP | 4/28/2010 | 729557 | BLK | $9,174.00 | Crated | |
| 2010 | KRF750NAF | JKARFDN10AB500674 | 8DMGQ | 4/28/2010 | E78494 | BLK | $9,799.00 | Crated | |

**Exhibit 1**

**Page 3 of 19**

Page ID#: 118

Page 7 of 22

Filed 07/28/10

Document 13

Case 6:10-cv-06221-TC

Dealer Number:    0244

Organization Code    1-17-10-10

KAWASAKI MOTORS FINANCE CORPORATION

FLOORING OUTSTANDING BALANCE INVENTORY

7/1

Page 1 of 9

CYCLE SPORTS KAWASAKI

4764 PORTLAND RD NE

SALEM            OR    97305-1760

Phone:    (503) 390-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2010 | KRF750SAF | JKARFDS1XAB500251 | 8DMGQ | 4/28/2010 | E82981 | LIM | $11,244.00 | Crated | _____ |
| 2010 | KAF400AAF | JK1AFEA13AB551370 | 8DMGR | 4/28/2010 | E91171 | RED | $6,654.00 | Crated | _____ |
| 2009 | ZG1400A9F | JKBZGNA119A021251 | 8D67L | 6/9/2010 | 643115 | BLK | $12,429.00 | Crated | _____ |
| 2010 | ZX1400CAF | JKBZXNC13AA022158 | 8DP3F | 4/28/2010 | 778458 | RED | $11,664.00 | Crated | _____ |
| 2010 | VN900CAF | JKAVN2C12AA038827 | 8DMGP | 4/28/2010 | 753539 | RED | $7,346.00 | Crated | _____ |
| 2010 | KVF750FAF | JKAVFDF11AB504178 | 8DS9N | 5/5/2010 | E80228 | BLU | $7,941.00 | Crated | _____ |
| 2010 | ZG1400DAF | JKBZGND11AA000271 | 8DP3F | 4/28/2010 | 778405 | BLU | $12,684.00 | Crated | _____ |
| 2010 | VN1700GAF | JKBVNRG18AA003286 | 8DS9P | 5/5/2010 | 778259 | RED | $12,344.00 | Crated | _____ |
| 2010 | VN900CAF | JKAVN2C11AA038429 | 8DS9P | 5/5/2010 | 746220 | BLU | $7,346.00 | Crated | _____ |
| 2010 | VN900CAFA | JKAVN2C12AA039038 | 8DS9P | 5/5/2010 | 753751 | BLK | $7,601.00 | Crated | _____ |
| 2010 | VN900DAFL | JKAVN2D12AA039376 | 8DS9P | 5/5/2010 | 755738 | GRN | $8,111.00 | Crated | _____ |
| 2010 | VN900DAFL | JKAVN2D18AA039477 | 8DS9P | 5/5/2010 | 755779 | RED | $8,111.00 | Crated | _____ |
| 2010 | ZX600RAF | JKAZX4R13AA020545 | 8DS9P | 5/5/2010 | 746699 | RED | $9,174.00 | Crated | _____ |
| 2010 | EX250JAFA | JKAEXMJ18ADA69008 | 8DSHZ | 5/5/2010 | TZ0633 | BLK | $3,819.00 | Crated | _____ |
| 2010 | KSF450BAF | JKASFGB18AB518170 | 8DV71 | 5/7/2010 | E68599 | WHT | $7,006.00 | Crated | _____ |
| 2010 | KLX250TAF | JKALXMT10ADA09275 | 8DYBW | 5/11/2010 | TL2019 | BLK | $4,499.00 | Crated | _____ |
| 2010 | VN900CAFA | JKAVN2C15AA038062 | 8DYBW | 5/11/2010 | 744448 | BLK | $7,601.00 | Crated | _____ |
| 2010 | EX250JAFA | JKAEXMJ10ADA64837 | 8C0ZF | 3/5/2010 | TO0882 | LIM | $3,819.00 | Crated | _____ |
| 2009 | ZG1400A9F | JKBZGNA199A021742 | 8D9BN | 6/16/2010 | 658282 | RED | $12,429.00 | Crated | _____ |
| 2009 | ZG1400A9F | JKBZGNA189A021652 | 8D67L | 6/9/2010 | 658192 | BLK | $12,429.00 | Crated | _____ |

**Exhibit 1**

**Page 4 of 19**

Page ID#: 119

Page 8 of 22

Filed 07/28/10

Document 13

Case 6:10-cv-06221-TC

Dealer N___er:       0244

Organiz___ Code    1-17-10-10

KAWASAKI MOTORS F___ ___E CORPORATION
FLOORING OUTSTANDIN___ ___LANCE INVENTORY

7/1.

Page __ of 9

CYCLE SPORTS KAWASAKI

4764 PORTLAND RD NE

SALEM            OR    97305-1760

Phone:    (503) 390-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|-------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2010 | VN1700EAF | JKBVNRE16AA004312 | 8DMGP | 4/28/2010 | 770530 | BLK | $10,474.00 | Crated | |
| 2010 | EX250JAF | JKAEXMJ18ADA60065 | 8DMGP | 4/28/2010 | TM1014 | BLU | $3,649.00 | Crated | |
| 2010 | EX250JAFA | JKAEXMJ14ADA64002 | 8DFL3 | 4/5/2010 | TN9933 | BLK | $3,819.00 | Crated | |
| 2010 | EX250JAFA | JKAEXMJ10ADA64580 | 8DFL3 | 4/5/2010 | TO0126 | LIM | $3,819.00 | Crated | |
| 2010 | KVF750DAF | JKAVFDD13AB521406 | 8DMGN | 4/28/2010 | E79999 | BLK | $7,644.00 | Crated | |
| 2009 | KL650E9F | JKAKLEE1X9DA27594 | 79B7Z | 5/8/2009 | TD6750 | RED | $5,009.00 | Missing | |
| 2010 | KRF750NAF | JKARFDN18AB500955 | 8CPF8 | 2/5/2010 | E78930 | RED | $9,799.00 | Missing | |
| 2009 | KLX140B9FA | JKBLXPB109DA07018 | 76NY2 | 11/20/2008 | TY7579 | MON | $2,919.00 | Missing | |
| 2010 | ZG1400CAF | JKBZGNC13AA002492 | 8DS9P | 5/5/2010 | 784182 | BLU | $13,279.00 | Missing | |
| 2009 | JT1500A9F | US-KAW51021H809 | 78NWW | 3/24/2009 | E04975 | BLU | $7,429.00 | Missing | |
| 2009 | JS800A9F | US-KAW70503H809 | 78NWW | 3/24/2009 | E04641 | LIM | $5,984.00 | Missing | |
| 2010 | KRF750RAF | JKARFDR1XAB500515 | 8CRHV | 2/9/2010 | E82920 | APG | $10,904.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R149A012496 | 8C7H4 | 3/16/2010 | 705204 | MON | $8,749.00 | Missing | |
| 2009 | KLE650A9F | JKALEEA139A039458 | 78NWV | 3/24/2009 | 701078 | BLU | $6,284.00 | Missing | |
| 2010 | VN900BAF | JKAVN2B12AA057041 | 8DS9P | 5/5/2010 | 734791 | BLU | $8,964.00 | Missing | |
| 2009 | KSF450B9FB | JKASFGB149B517027 | 778N1 | 3/5/2009 | E30112 | MON | $6,921.00 | Missing | |
| 2010 | VN1700BAF | JKBVNRB12AA000732 | 8DMGP | 4/28/2010 | 777822 | GRY | $15,914.00 | Missing | |
| 2009 | ZX1400C9FB | JKBZXNC149A013609 | 8DZZQ | 5/14/2010 | 652706 | MON | $10,814.00 | Missing | |
| 2009 | KSF450B9F | JKASFGB149B514371 | 75X91 | 10/14/2008 | D92864 | LIM | $6,666.00 | Missing | |
| 2009 | ZX1400C9FB | JKBZXNC189A014830 | 8DZZR | 5/14/2010 | 689771 | MON | $10,814.00 | Missing | |

Exhibit 1
Page 5 of 19

| Dealer N   9r: | 0244 | | KAWASAKI MOTORS F' 'E CORPORATION | | | | | | 7/1 |
| Organiz  Code | 1-17-10-10 | | FLOORING OUTSTANDIN  ANCE INVENTORY | | | | | | Page - 9 |

CYCLE SPORTS KAWASAKI

4764 PORTLAND RD NE

SALEM              OR    97305-1760                                                    Phone:    (503) 390-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|-------------|-----|-----------|-------------|---------|-------|---------|--------|----------|
| 2010 | VN1700AAF | JKBVNRA19AA004195 | 8DMGP | 4/28/2010 | 777815 | RED | $14,979.00 | Missing | _____ |
| 2007 | JT1500C7F | US-KAW40537K607 | 79NBG | 5/29/2009 | C01638 | WHT | $8,544.00 | Missing | _____ |
| 2010 | KRF750PAF | JKARFDP14AB500822 | 8DMGQ | 4/28/2010 | E82487 | RED | $10,549.00 | Missing | _____ |
| 2011 | KX250YBF | JKAKXMYC9BA000953 | 8FJ06 | 7/8/2010 | 798567 | LIM | $6,454.00 | Uncrated | _____ |
| 2011 | KX450EBF | JKAKXGEC3BA018113 | 8FJ2G | 7/8/2010 | 797185 | LIM | $7,178.00 | Uncrated | _____ |
| 2011 | KLX110DBF | JKALXSD18BDA77019 | 8FK92 | 7/13/2010 | TA0442 | LIM | $2,049.00 | Uncrated | _____ |
| 2009 | ZX1000E9FA | JKAZXCE169A023953 | 77MY7 | 1/16/2009 | 676946 | LIM | $10,449.00 | Uncrated | _____ |
| 2010 | ZR1000DAF | JKAZRCD18AA000660 | 8CY16 | 3/4/2010 | 747081 | WHT | $9,174.00 | Uncrated | _____ |
| 2011 | KLX140ABF | JKBLXPA11BDA05687 | 8FK92 | 7/13/2010 | TZ7173 | LIM | $2,579.00 | Uncrated | _____ |
| 2009 | KLE650A9F | JKALEEA179A036496 | 77SC7 | 2/3/2009 | 675686 | BLU | $6,284.00 | Uncrated | _____ |
| 2009 | VN900C9FA | JKAVN2C119A029130 | 77SC8 | 2/4/2009 | 676784 | BLK | $7,134.00 | Uncrated | _____ |
| 2009 | KX65A9FA | JKBKXEACX9A067860 | 7571F | 10/28/2008 | 624752 | MON | $2,814.00 | Uncrated | _____ |
| 2009 | KLX140B9FA | JKBLXPB129DA07425 | 77SDB | 2/4/2009 | TY7884 | MON | $2,919.00 | Uncrated | _____ |
| 2010 | ZG1400CAF | JKBZGNC10AA002966 | 8D9BP | 6/16/2010 | 790144 | BLU | $13,279.00 | Uncrated | _____ |
| 2010 | VN900DAF | JKAVN2D19AA038578 | 8CY16 | 3/4/2010 | 730416 | GRN | $8,111.00 | Uncrated | _____ |
| 2011 | KX100DBF | JKAKXTDCXBA029023 | 8FGSZ | 7/1/2010 | 796514 | LIM | $3,579.00 | Uncrated | _____ |
| 2009 | VN900C9F | JKAVN2C139A026651 | 76ZCG | 12/9/2008 | 634614 | ORG | $6,794.00 | Uncrated | _____ |
| 2009 | KX65A9F | JKBKXEAC49A066137 | 75X82 | 10/14/2008 | 598243 | LIM | $2,544.00 | Uncrated | _____ |
| 2009 | KSF50B9S | RGSWA04A19B101064 | 76TGW | 12/2/2008 | Y19946 | RED | $1,849.00 | Uncrated | _____ |
| 2010 | KLX110CAF | JKALXSC12ADA76352 | 8DV72 | 5/7/2010 | TR9819 | LIM | $1,879.00 | Uncrated | _____ |

**Exhibit 1**
**Page 6 of 19**

Case 6:10-cv-06221-TC    Document 13    Filed 07/28/10    Page 10 of 22    Page ID#: 121

| Dealer Number | 0244 | KAWASAKI MOTORS FINANCE CORPORATION | 7/1 |
| Organization Code | 1-17-10-10 | FLOORING OUTSTANDING BALANCE INVENTORY | Page of 9 |

CYCLE SPORTS KAWASAKI
4764 PORTLAND RD NE
SALEM          OR    97305-1760

Phone:    (503) 390-8000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|---------|----------|
| 2011 | KAF620MBF | JK1AFCM11BB505960 | 8FCGZ | 6/22/2010 | F00267 | RED | $8,664.00 | Uncrated | _____ |
| 2009 | KSF90A9S | RGSWE07A89B101952 | 769FZ | 1/12/2009 | Y21129 | LIM | $2,189.00 | Uncrated | _____ |
| 2009 | KL650E9F | JKAKLEE179DA22482 | 78NWV | 3/24/2009 | TA3868 | BLU | $5,009.00 | Uncrated | _____ |
| 2009 | KSF50B9S | RGSWA04A59B101472 | 76B0C | 11/4/2008 | Y20372 | LIM | $1,849.00 | Uncrated | _____ |
| 2009 | KSF90A9S | RGSWE07A49B101480 | 76B0C | 11/4/2008 | Y19542 | RED | $2,189.00 | Uncrated | _____ |
| 2009 | ZG1400A9F | JKBZGNA129A021260 | 8D67L | 6/9/2010 | 643117 | BLK | $12,429.00 | Uncrated | _____ |
| 2009 | KVF650D9F | JKAVFED1X9B526779 | 76MDR | 11/18/2008 | E27381 | LIM | $8,114.00 | Uncrated | _____ |
| 2009 | EX600D9F | JKAEXVD109A116219 | 8D9BN | 6/16/2010 | 690435 | BLK | $4,499.00 | Uncrated | _____ |
| 2010 | KVF360AAF | JKBVFHA11AB582809 | 8BJC1 | 9/2/2010 | E71472 | BLU | $5,391.00 | Uncrated | _____ |
| 2008 | KLX140B8F | JKBLXPB128DA00151 | 79L1Y | 5/27/2009 | TP4562 | LIM | $2,664.00 | Uncrated | _____ |
| 2008 | ZX1000E8F | JKAZXCE188A004335 | 79M93 | 5/29/2009 | 536135 | BLU | $10,031.00 | Uncrated | _____ |
| 2008 | ZX1000E8F | JKAZXCE138A004338 | 79M94 | 5/29/2009 | 536134 | BLU | $10,031.00 | Uncrated | _____ |
| 2007 | KLX300A7F | JKALX8A137DA07085 | 79MM7 | 5/28/2009 | TL5467 | LIM | $4,381.00 | Uncrated | _____ |
| 2008 | JT1500B8F | US-KAW44360A808 | 79NBF | 5/29/2009 | D38235 | LIM | $10,159.00 | Uncrated | _____ |
| 2008 | KLX140B8F | JKBLXPB198DA01751 | 79NBJ | 5/29/2009 | TP8403 | LIM | $2,664.00 | Uncrated | _____ |
| 2009 | KL650E9F | JKAKLEE179DA21347 | 78NWV | 3/24/2009 | TY6308 | RED | $5,009.00 | Uncrated | _____ |
| 2010 | KAF950FAF | JK1AFDF17AB501848 | 79P78 | 6/2/2009 | E61794 | RED | $9,799.00 | Uncrated | _____ |
| 2010 | KLX250TAF | JKALXMT1XADA09672 | 8DMGP | 4/28/2010 | TO0171 | BLK | $4,499.00 | Uncrated | _____ |
| 2010 | KVF750FAF | JKAVFDF15AB503597 | 8BJC1 | 9/2/2009 | E63630 | BLU | $7,941.00 | Uncrated | _____ |
| 2010 | KVF360CAF | JKBVFHC11AB519268 | 8BNXM | 9/22/2009 | E74087 | APG | $5,689.00 | Uncrated | _____ |

**Exhibit 1**
**Page 7 of 19**

Page ID#: 122

Page 11 of 22

Filed 07/28/10

Document 13

Case 6:10-cv-06221-TC

| Dealer /  | nr:  | 0244 | | | KAWASAKI MOTORS F'  'E CORPORATION | | | | | 7/1 |
| Organiz.  | Code | 1-17-10-10 | | | FLOORING OUTSTANDIN  LANCE INVENTORY | | | | | Page  of 9 |

CYCLE SPORTS KAWASAKI                                                                                    Phone:    (503) 390-9000

4764 PORTLAND RD NE

SALEM                    OR    97305-1760

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2010 | KX450EAF | JKAKXGEC7AA014242 | 6BYK2 | 11/4/2009 | 740318 | LIM | $7,091.00 | Uncrated | _____ |
| 2009 | ZX1000E9F | JKAZXCE159A022910 | 7571D | 10/28/2008 | 618734 | ORG | $10,279.00 | Uncrated | _____ |
| 2010 | EX250JAF | JKAEXMJ13ADA62385 | 8FKSP | 7/12/2010 | TM6296 | BLU | $3,649.00 | Uncrated | _____ |
| 2010 | KLF250AAF | JKALFMA11AB578554 | 8C3KF | 3/8/2010 | E90191 | RED | $3,224.00 | Uncrated | _____ |
| 2008 | VN1600A8FA | JKBVNKA188A026920 | 79NBM | 5/29/2009 | 533850 | BLU | $9,479.00 | Uncrated | _____ |
| 2009 | ER650C9F | JKAEREC199DA32347 | 78X3N | 3/31/2009 | TD8467 | BLU | $5,689.00 | Uncrated | _____ |
| 2009 | BN125A9F | JKABNRA159DA23797 | 781W8 | 4/9/2009 | TD7336 | SIL | $2,494.00 | Uncrated | _____ |
| 2010 | KRF750NAF | JKARFDN11AB500859 | 8CPF8 | 2/5/2010 | E78574 | BLK | $9,799.00 | Uncrated | _____ |
| 2010 | KAF400AAF | JK1AFEA18AB550330 | 8DDQN | 4/1/2010 | E90653 | BLU | $6,654.00 | Uncrated | _____ |
| 2010 | KSF450BAF | JKASFGB19AB517948 | 8DN3B | 4/28/2010 | E65088 | WHT | $7,006.00 | Uncrated | _____ |
| 2009 | KL650E9F | JKAKLEE179DA22417 | 78NWV | 3/24/2009 | TA3877 | BLU | $5,009.00 | Uncrated | _____ |
| 2009 | KL650E9F | JKAKLEE199DA21365 | 78NWV | 3/24/2009 | TY6304 | RED | $5,009.00 | Uncrated | _____ |
| 2007 | KVF750B7FA | JKAVFDB147B513505 | 79L12 | 5/27/2009 | B58450 | MX1 | $7,271.00 | Uncrated | _____ |
| 2009 | KRF750L9FA | JKARFDL109B502505 | 78NWY | 3/24/2009 | E58157 | MON | $10,819.00 | Uncrated | _____ |
| 2008 | KVF650E8F | JKAVFEE1X8B507663 | 79L11 | 5/27/2009 | C48574 | HDW | $6,081.00 | Uncrated | _____ |
| 2009 | ER650C9F | JKAEREC169DA32449 | 78YM7 | 3/31/2009 | TD8450 | BLU | $5,689.00 | Uncrated | _____ |
| 2009 | EX650C9F | JKAEXEC1X9DA32899 | 78YP6 | 3/31/2009 | TF1248 | LIM | $6,029.00 | Uncrated | _____ |
| 2009 | EX250J9FA | JKAEXMJ129DA44150 | 790NT | 7/2/2009 | TH0751 | LIM | $3,734.00 | Uncrated | _____ |
| 2010 | EX250JAF | JKAEXMJ18ADA58199 | 8CPF7 | 2/4/2010 | TL6016 | RED | $3,649.00 | Uncrated | _____ |
| 2010 | EX250JAF | JKAEXMJ16ADA63485 | 8CPF7 | 2/4/2010 | TK2601 | RED | $3,649.00 | Uncrated | _____ |

**Exhibit 1**
**Page 8 of 19**

Case 6:10-cv-06221-TC    Document 13    Filed 07/28/10    Page 12 of 22    Page ID#: 123

Dealer r:        0244

Organization Code    1-17-10-10

KAWASAKI MOTORS FI    E CORPORATION
FLOORING OUTSTANDING    LANCE INVENTORY

7/1

Page 9 of 9

CYCLE SPORTS KAWASAKI

4764 PORTLAND RD NE

SALEM        OR    97305-1760

Phone:    (503) 390-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2010 | KAF950FAF | JK1AFDF14AB502424 | 8DMGR | 4/28/2010 | E92005 | RED | $9,799.00 | Uncrated | _____ |
| 2010 | VN900BAF | JKAVN2B16AA057110 | 8DS9P | 5/5/2010 | 734975 | RED | $6,964.00 | Uncrated | _____ |
| 2010 | VN900BAF | JKAVN2B17AA056385 | 8CPF7 | 2/4/2010 | 730016 | RED | $6,964.00 | Uncrated | _____ |

| | | | | |
|---|---|---|---|---|
| Units in Stock: | 144 | In Stock Balance: | $894,778.00 | |
| Units Missing: | 18 | Missing Balance: | $162,621.00 | |
| Total Units: | 162 | Total Balance: | $1,057,399.00 | |

**Exhibit 1**
**Page 9 of 19**

Deale .ber:    0554
Organization Code    1-17-10-10

KAWASAKI MOTORS . _ .NCE CORPORATION
FLOORING OUTSTANDING BALANCE INVENTORY

7/1u/2010

Page 1 of 10

CYCLE SPORTS KAWASAKI
555 RIVER RD
EUGENE    .. OR  97404-3211

Phone:    (541) 807-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2010 | KAF950FAF | JK1AFDF15AB502206 | 8CPGR | 2/5/2010 | E78005 | GRN | $9,799.00 | Crated | |
| 2009 | EX650C9F | JKAEXEC169DA38810 | 790QV | 7/2/2009 | TG1364 | LIM | $6,029.00 | Crated | |
| 2009 | KLE650A9F | JKALEEA169A039373 | 78VS9 | 3/25/2009 | 701042 | BLU | $6,284.00 | Crated | |
| 2009 | KRF750L9FA | JKARFDL189B502526 | 78O8Q | 3/25/2009 | E58173 | MON | $10,819.00 | Crated | |
| 2009 | EX250J9F | JKAEXMJ1X9DA32537 | 78N52 | 3/25/2009 | TB9648 | RED | $3,649.00 | Crated | |
| 2009 | JT1500F9F | US-KAW90760C909 | 78N51 | 3/25/2009 | E60149 | SIL | $10,744.00 | Crated | |
| 2009 | KLE650A9F | JKALEEA109A039210 | 78N50 | 3/25/2009 | 701237 | GRN | $6,284.00 | Crated | |
| 2010 | VN900CAFA | JKAVN2C14AA037906 | 8D0BF | 5/18/2010 | 741086 | BLK | $7,601.00 | Crated | |
| 2009 | JT1500A9F | US-KAW51638J809 | 78H5N | 3/12/2009 | E22812 | BLU | $7,429.00 | Crated | |
| 2009 | EX250J9F | JKAEXMJ159DA41050 | 79B8P | 5/4/2009 | TG3999 | BLU | $3,649.00 | Crated | |
| 2010 | KRF750SAFA | JKARFDS1XAB500749 | 8CRH2 | 2/9/2010 | E87689 | BLK | $11,499.00 | Crated | |
| 2010 | KRF750RAF | JKARFDR18AB500514 | 8CS1B | 2/12/2010 | E82919 | APG | $10,904.00 | Crated | |
| 2010 | EX250JAF | JKAEXMJ10ADA62375 | 8CY7M | 3/4/2010 | TM6315 | BLU | $3,649.00 | Crated | |
| 2010 | KLX110DAF | JKALXSD15ADA74870 | 8CY7M | 3/4/2010 | TM4375 | LIM | $2,006.00 | Crated | |
| 2009 | KLX140B9FA | JKBLXPB159DA07418 | 77SVD | 2/4/2009 | TY7861 | MON | $2,919.00 | Crated | |
| 2011 | KAF400DBF | JK1AFED1XBB501773 | 8D03X | 5/19/2010 | E95595 | BLU | $7,164.00 | Crated | |
| 2010 | KRF750NAF | JKARFDN18AB500857 | 8CPGQ | 2/5/2010 | E78573 | BLK | $9,799.00 | Crated | |
| 2010 | KLX110CAF | JKALXSC16ADA75365 | 8C1LV | 3/5/2010 | TO0906 | LIM | $1,879.00 | Crated | |
| 2010 | KVF750DAF | JKAVFDD16AB519097 | 8BJGT | 9/2/2009 | E63187 | RED | $7,844.00 | Crated | |

6354 Audit

**Exhibit 1**
**Page 10 of 19**

| Deal... ...mber: | 0554 | | KAWASAKI MOTORS | NCE CORPORATION | | | | 10 |

Orga... ...n Code      1-17-10-10           FLOORING OUTSTAND... BALANCE INVENTORY                Page 2 of 10

CYCLE SPORTS KAWASAKI                                                          Phone:   (541) 607-9000

555 RIVER RD

EUGENE              OR   97404-3211

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2011 | KX100DBF | JKAKXTDC1BA029072 | 8FGVT | 7/1/2010 | 796552 | LIM | $3,579.00 | Crated | _____ |
| 2009 | EX250J9F | JKAEXMJ199DA44436 | 79TKF | 6/11/2009 | TH2058 | RED | $3,649.00 | Crated | _____ |
| 2009 | KL650E9F | JKAKLEE149DA21678 | 79TKD | 6/11/2009 | TY5681 | BLU | $5,009.00 | Crated | _____ |
| 2009 | KL650E9F | JKAKLEE149DA21628 | 79S4R | 6/11/2009 | TY5998 | BLU | $5,009.00 | Crated | _____ |
| 2009 | KL650E9F | JKAKLEE1X9DA21679 | 79S4R | 6/11/2009 | TY5687 | BLU | $5,009.00 | Crated | _____ |
| 2009 | ER650C9F | JKAEREC189DA43856 | 791R2 | 7/7/2009 | TH1138 | BLU | $5,689.00 | Crated | _____ |
| 2009 | KL650E9F | JKAKLEE169DA27785 | 79RZY | 6/5/2009 | TG4824 | RED | $5,009.00 | Crated | _____ |
| 2009 | EX650C9F | JKAEXEC169DA44462 | 791R2 | 7/7/2009 | TH2345 | LIM | $6,029.00 | Crated | _____ |
| 2008 | JT1500C8F | US-KAW50916I708 | 79NDQ | 5/29/2009 | C97343 | WHT | $8,544.00 | Crated | _____ |
| 2008 | JT1500C8F | US-KAW50294G708 | 79NDP | 5/29/2009 | C75555 | WHT | $8,544.00 | Crated | _____ |
| 2008 | JT1500B8F | US-KAW44386A808 | 79NDM | 5/29/2009 | D38248 | LIM | $10,159.00 | Crated | _____ |
| 2009 | KL650E9F | JKAKLEE129DA27296 | 79K8V | 5/26/2009 | TD6023 | BLU | $5,009.00 | Crated | _____ |
| 2010 | KVF360AAF | JKBVFHA12AB583662 | 8CPGN | 2/8/2010 | E64202 | BLU | $5,391.00 | Crated | _____ |
| 2009 | KL650E9F | JKAKLEE129DA27282 | 79J6Y | 5/20/2009 | TD6018 | BLU | $5,009.00 | Crated | _____ |
| 2010 | EX250JAF | JKAEXMJ13ADA64461 | 8CY7M | 3/4/2010 | TO0381 | RED | $3,649.00 | Crated | _____ |
| 2009 | JT1500F9F | US-KAW90632A909 | 8BQGT | 9/29/2009 | E43980 | SIL | $10,744.00 | Crated | _____ |
| 2010 | EX250JAFA | JKAEXMJ16ADA64664 | 8DRVV | 4/29/2010 | TO0579 | LIM | $3,819.00 | Crated | _____ |
| 2009 | EX250J9F | JKAEXMJ179DA30826 | 7784Z | 3/5/2009 | TB7264 | BLU | $3,649.00 | Crated | _____ |
| 2009 | KLX250W9F | JKALXMW189DA01531 | 7784Y | 3/4/2009 | TY5038 | BLK | $4,754.00 | Crated | _____ |
| 2009 | KLX250W9F | JKALXMW159DA01437 | 7784Y | 3/4/2009 | TY4772 | BLK | $4,754.00 | Crated | _____ |

**Exhibit 1**
**Page 11 of 19**

Case 6:10-cv-06221-TC    Document 13    Filed 07/28/10    Page 15 of 22 · Page ID #: 126

| Dealer mber: | 0554 | | | KAWASAKI MOTORS | NCE CORPORATION | | | | 7 | 10 |
| Organ. | l Code | 1-17-10-10 | | FLOORING OUTSTANL | ALANCE INVENTORY | | | | Page 10 | |

CYCLE SPORTS KAWASAKI

555 RIVER RD

EUGENE                    .  OR   97404-3211

Phone:    (541) 607-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|-------------|-----|-----------|-------------|---------|-------|---------|--------|----------|
| 2009 | ZX1400C9FB | JKBZXNC119A014088 | 8D27Q | 5/25/2010 | 678954 | MON | $10,814.00 | Crated | _____ |
| 2009 | KSF450B9FB | JKASFGB159B517022 | 7784X | 3/5/2010 | E30105 | MON | $6,921.00 | Crated | _____ |
| 2009 | KSF50B9S | RGSWA04A69B101299 | 78B7T | 11/4/2008 | Y20094 | LIM | $1,849.00 | Crated | _____ |
| 2009 | ZG1400B9F | JKBZGNB1X9A011482 | 7784Z | 3/5/2009 | 658385 | BLK | $11,724.00 | Crated | _____ |
| 2010 | KVF750DAF | JKAVFDD10AB521122 | 8DR8C | 5/5/2010 | E74320 | BLK | $7,644.00 | Crated | _____ |
| 2009 | KLX250W9F | JKALXMW119DA01418 | 7784Y | 3/4/2009 | TY5013 | BLK | $4,754.00 | Crated | _____ |
| 2010 | KLX110CAF | JKALXSC17ADA76346 | 8DSB7 | 5/5/2010 | TR9816 | LIM | $1,879.00 | Crated | _____ |
| 2010 | KSF450BAF | JKASFGB13AB518173 | 8DTJ4 | 5/5/2010 | E68600 | WHT | $7,006.00 | Crated | _____ |
| 2010 | KVF750FAF | JKAVFDF14AB504174 | 8DTJ4 | 5/5/2010 | E60224 | BLU | $7,941.00 | Crated | _____ |
| 2010 | EX250JAFA | JKAEXMJ12ADA69053 | 8DTJ5 | 5/5/2010 | TZ0634 | BLK | $3,819.00 | Crated | _____ |
| 2009 | KVF650D9F | JKAVFED109B527262 | 7692P | 1/5/2009 | E41214 | BLK | $6,114.00 | Crated | _____ |
| 2010 | VN900CAFA | JKAVN2C15AA038059 | 8DYCK | 5/11/2010 | 744451 | BLK | $7,601.00 | Crated | _____ |
| 2009 | KVF650D9F | JKAVFED139B527093 | 7692P | 1/5/2009 | E41365 | LIM | $6,114.00 | Crated | _____ |
| 2011 | KAF620MBF | JK1AFCM17BB505815 | 8D9CQ | 6/16/2010 | F00141 | BLK | $8,864.00 | Crated | _____ |
| 2009 | KLX250W9F | JKALXMW199DA02445 | 77SVB | 2/4/2009 | TB3373 | BLK | $4,754.00 | Crated | _____ |
| 2009 | KRF750L9FA | JKARFDL189B501523 | 7784Ö | 3/4/2009 | E45918 | MON | $10,819.00 | Crated | _____ |
| 2009 | ZX1400C9FB | JKBZXNC1X9A014070 | 7784Z | 3/5/2009 | 678952 | MON | $10,814.00 | Crated | _____ |
| 2010 | ZG1400CAF | JKBZGNC1XAA002909 | 8D82G | 6/15/2010 | 790130 | BLU | $13,279.00 | Crated | _____ |
| 2010 | ZG1400CAF | JKBZGNC17AA002964 | 8D9CP | 6/16/2010 | 790143 | BLU | $13,279.00 | Crated | _____ |
| 2009 | KLX140A9FA | JKBLXPA139DA05166 | 77SVD | 2/4/2009 | TB2469 | MON | $2,664.00 | Crated | _____ |

**Exhibit 1**
**Page 12 of 19**

Dealer Number: 0554

KAWASAKI MOTORS FINANCE CORPORATION
FLOORING OUTSTANDING BALANCE INVENTORY

Organization Code   1-17-10-10

7   10
Page 7 of 10

CYCLE SPORTS KAWASAKI

Phone:   (541) 607-9000

555 RIVER RD

EUGENE          OR   97404-3211

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2011 | KAF950GBF | JK1AFDG10BB503358 | 8D450 | 6/2/2010 | E96384 | GRN | $10,819.00 | Crated | |
| 2010 | VN900DAFL | JKAVN2D13AA039435 | 8D813 | 6/15/2010 | 755713 | BLU | $8,111.00 | Crated | |
| 2009 | ZX1000E9FA | JKAZXCE189A023940 | 77M0R | 1/16/2009 | 676941 | LIM | $10,449.00 | Crated | |
| 2010 | ZG1400CAFL | JKBZGNC1XAA002571 | 8D9CP | 6/16/2010 | 784312 | BLU | $13,279.00 | Crated | |
| 2009 | JT1500F9F | US-KAW90773C909 | 8BNF5 | 9/21/2009 | E60161 | SIL | $10,744.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90826C909 | 8BNFN | 9/21/2009 | E60188 | SIL | $10,744.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90883E909 | 8BNFN | 9/21/2009 | E65404 | SIL | $10,744.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90884E909 | 8BNFN | 9/21/2009 | E65409 | SIL | $10,744.00 | Missing | |
| 2009 | KSF450B9F | JKASFGB1X9B514651 | 75YB4 | 10/15/2008 | D98851 | LIM | $6,666.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90886E909 | 8BNFN | 9/21/2009 | E65406 | SIL | $10,744.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90887E909 | 8BNFN | 9/21/2009 | E65407 | SIL | $10,744.00 | Missing |
| 2007 | JT1500B7F | US-KAW36874E707 | 7XF4X | 6/25/2007 | C66131 | BLU | $7,021.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90890E909 | 8BNFN | 9/21/2009 | E65410 | SIL | $10,744.00 | Missing | |
| 2009 | KSF450B9F | JKASFGB109B514450 | 76B7T | 11/4/2008 | D93018 | RED | $6,666.00 | Missing | |
| 2009 | ZX1400C9F | JKBZXNC159A012274 | 76ZLZ | 12/9/2008 | 620427 | GRN | $10,559.00 | Missing | |
| 2009 | KL650E9F | JKAKLEE159DA24201 | 78C57 | 3/11/2009 | TC3448 | RED | $5,009.00 | Missing | |
| 2009 | KLX250W9F | JKALXMW149DA02465 | 77SVB | 2/4/2009 | TB3350 | BLK | $4,754.00 | Missing | |
| 2009 | KVF650D9F | JKAVFED139B527384 | 77ST9 | 2/3/2009 | E47578 | RED | $8,114.00 | Missing | |
| 2009 | ZX600R9FA | JKAZX4R109A005514 | 77J8S | 1/12/2009 | 660231 | MON | $8,749.00 | Missing | |
| 2009 | JS800A9F | US-KAW70250G809 | 78Q8N | 3/25/2009 | D96175 | LIM | $5,984.00 | Missing | |

**Exhibit 1**
**Page 13 of 19**

Case 6:10-cv-06221-TC    Document 13    Filed 07/28/10    Page 17 of 22    Page ID#: 128

| Dealer Number: | 0554 | KAWASAKI MOTORS FINANCE CORPORATION | 7/...10 |
| Organization Code | 1-17-10-10 | FLOORING OUTSTANDING BALANCE INVENTORY | Page ... of 10 |

CYCLE SPORTS KAWASAKI

555 RIVER RD

EUGENE          OR   97404-3211                    Phone:   (541) 607-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2010 | KLX110CAF | JKALXSC11ADA72664 | 8B0VJ | 11/10/2009 | TK6740 | LIM | $1,879.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R119A012634 | 8DKJK | 4/15/2010 | 705219 | MON | $8,749.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R169A013598 | 8DCBR | 4/9/2010 | 705328 | MON | $8,749.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R169A012774 | 8DKJK | 4/15/2010 | 705239 | MON | $8,749.00 | Missing | |
| 2010 | EX250JAFA | JKAEXMJ12ADA64841 | 8C0Z4 | 3/5/2010 | TO0886 | LIM | $3,819.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R189A012520 | 8DKJJ | 4/15/2010 | 705206 | MON | $8,749.00 | Missing | |
| 2010 | KAF620MAF | JK1AFCM12AB505156 | 8C4J3 | 3/9/2010 | E88866 | GRN | $8,694.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90876E909 | 8BNFP | 9/21/2009 | E65397 | SIL | $10,744.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R189A012632 | 8DKJJ | 4/15/2010 | 705218 | MON | $8,749.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R189A013599 | 8DCBR | 4/9/2010 | 705329 | MON | $8,749.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R139A012814 | 8DKJK | 4/15/2010 | 705237 | MON | $8,749.00 | Missing | |
| 2009 | ZX600R9FA | JKAZX4R149A009503 | 8DCBR | 4/9/2010 | 683635 | MON | $8,749.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R149A013597 | 8DKJK | 4/15/2010 | 705327 | MON | $8,749.00 | Missing | |
| 2010 | EX250JAF | JKAEXMJ1XADA50752 | 8CPGP | 2/4/2010 | TJ9429 | RED | $3,649.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R169A012564 | 8DKJK | 4/15/2010 | 705222 | MON | $8,749.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R159A012636 | 8DKJK | 4/15/2010 | 705220 | MON | $8,749.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90891E909 | 8BNFN | 9/21/2009 | E65412 | SIL | $10,744.00 | Missing | |
| 2009 | ZX600R9FA | JKAZX4R129A009502 | 8DCBR | 4/9/2010 | 683634 | MON | $8,749.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90903E909 | 8BNFN | 9/21/2009 | E65422 | SIL | $10,744.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90862D909 | 8BNFP | 9/21/2009 | E65384 | SIL | $10,744.00 | Missing | |

**Exhibit 1**
**Page 14 of 19**

Dealer Number:  0554

Organize Code  1-17-10-10

**KAWASAKI MOTORS FINANCE CORPORATION**
**FLOORING OUTSTANDING BALANCE INVENTORY**

7/15

Page    10

CYCLE SPORTS KAWASAKI

555 RIVER RD

EUGENE        OR    97404-3211

Phone:    (541) 607-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|-------------|-----|-----------|-------------|---------|-------|---------|--------|----------|
| 2009 | JT1500F9F | US-KAW90864D909 | 8BNFP | 9/21/2009 | E65386 | SIL | $10,744.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R159A012393 | 8DKJJ | 4/15/2010 | 705197 | MON | $8,749.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90896E909 | 8BNFN | 9/21/2009 | E65417 | SIL | $10,744.00 | Missing | |
| 2009 | ZX600R9FA | JKAZX4R139A013610 | 8DCBR | 4/9/2010 | 704723 | MON | $8,749.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90870E909 | 8BNFP | 9/21/2009 | E65391 | SIL | $10,744.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90871E909 | 8BNFP | 9/21/2009 | E65392 | SIL | $10,744.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90893E909 | 8BNFN | 9/21/2009 | E65413 | SIL | $10,744.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90872E909 | 8BNFP | 8/21/2009 | E65395 | SIL | $10,744.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90892E909 | 8BNFN | 9/21/2009 | E65414 | SIL | $10,744.00 | Missing | |
| 2009 | ZX600R9FAL | JKAZX4R139A012845 | 8DCBR | 4/9/2010 | 705243 | MON | $8,749.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90873E909 | 8BNFP | 9/21/2009 | E65393 | SIL | $10,744.00 | Missing | |
| 2009 | JT1500F9F | US-KAW90875E909 | 8BNFP | 9/21/2009 | E65396 | SIL | $10,744.00 | Missing | |
| 2009 | ZX600R9FA | JKAZX4R1X9A009585 | 8DCBR | 4/9/2010 | 694697 | MON | $8,749.00 | Missing | |
| 2009 | KSF450B9F | JKASFGB109B514335 | 76TSQ | 12/2/2008 | D92848 | LIM | $6,666.00 | Uncrated | |
| 2009 | KLX250W9F | JKALXMW159DA00367 | 76ZLY | 12/9/2008 | TX3023 | BLK | $4,754.00 | Uncrated | |
| 2009 | KSF450B9F | JKASFGB169B514338 | 7784X | 3/5/2009 | D92851 | LIM | $6,666.00 | Uncrated | |
| 2009 | KLX250W9F | JKALXMW109DA01412 | 7784Y | 3/4/2009 | TY5015 | BLK | $4,754.00 | Uncrated | |
| 2009 | KLX250W9F | JKALXMW129DA01511 | 7784Y | 3/4/2009 | TY5033 | BLK | $4,754.00 | Uncrated | |
| 2009 | KLX140B9FA | JKBLXPB109DA07004 | 76N17 | 11/20/2008 | TY7581 | MON | $2,919.00 | Uncrated | |
| 2009 | KSF450B9FB | JKASFGB139B517021 | 7784X | 3/5/2009 | E30106 | MON | $6,921.00 | Uncrated | |

**Exhibit 1**
**Page 15 of 19**

| Dealer Number: | 0554 | | KAWASAKI MOTORS FINANCE CORPORATION | | | | | 7    10 |
| Organization Code | 1-17-10-10 | | FLOORING OUTSTANDING BALANCE INVENTORY | | | | | Page of 10 |

CYCLE SPORTS KAWASAKI

555 RIVER RD

EUGENE          OR    97404-3211                                         Phone:    (541) 607-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2009 | KVF750E9F | JKAVFDE129B505157 | 75YL7 | 10/15/2008 | D98531 | HDW | $7,516.00 | Uncrated | |
| 2007 | KAF620H7F | JK1AFCH197B507182 | 72VXX | 4/3/2008 | D16610 | HDW | $6,764.00 | Uncrated | |
| 2009 | KL650E9F | JKAKLEE1X9DA17843 | 750SX | 10/21/2008 | TX1416 | BLU | $5,009.00 | Uncrated | |
| 2009 | KX65A9FA | JKBKXEAC69A067855 | 7574S | 10/28/2008 | 624753 | MON | $2,814.00 | Uncrated | |
| 2010 | VN900CAFA | JKAVN2C11AA038057 | 8DYCK | 5/11/2010 | 744450 | BLK | $7,601.00 | Uncrated | |
| 2009 | KSF450B9F | JKASFGB159B515853 | 75YB4 | 10/15/2008 | E07873 | RED | $6,666.00 | Uncrated | |
| 2009 | KSF450B9F | JKASFGB169B515148 | 75YB4 | 10/15/2008 | E07872 | RED | $6,666.00 | Uncrated | |
| 2009 | KLX110A9F | JKALXSA149DA68199 | 75YBH | 10/15/2008 | TX2272 | LIM | $1,666.00 | Uncrated | |
| 2009 | KLX140A9F | JKBLXPA119DA03710 | 75YBJ | 10/15/2008 | TV4228 | LIM | $2,494.00 | Uncrated | |
| 2010 | ZX1000FAF | JKAZXCF1XAA002381 | 8DWRM | 5/7/2010 | 777224 | BLK | $11,299.00 | Uncrated | |
| 2009 | KSF450B9F | JKASFGB189B514311 | 75YL7 | 10/15/2008 | D92834 | LIM | $6,666.00 | Uncrated | |
| 2009 | KLX140A9FA | JKBLXPA169DA04562 | 76N17 | 11/20/2008 | TY7347 | MON | $2,664.00 | Uncrated | |
| 2009 | KVF650G9F | JKAVFEG139B505638 | 75YL7 | 10/15/2008 | E09392 | HDW | $6,836.00 | Uncrated | |
| 2009 | KX65A9F | JKBKXEAC39A066145 | 75YMB | 10/15/2008 | 598244 | LIM | $2,644.00 | Uncrated | |
| 2009 | KLX110A9FA | JKALXSA189DA69534 | 7621F | 12/11/2008 | TY7205 | MON | $1,751.00 | Uncrated | |
| 2010 | ZX600RAF | JKAZX4R19AA019559 | 8CTHZ | 2/16/2010 | 729874 | RED | $9,174.00 | Uncrated | |
| 2009 | KSF90A9S | RGSWE07A89B100249 | 7692P | 1/5/2009 | Y17191 | LIM | $2,189.00 | Uncrated | |
| 2009 | KLE650A9F | JKALEEA159A034147 | 7692Q | 1/5/2009 | 634286 | GRN | $6,284.00 | Uncrated | |
| 2009 | KLX250W9F | JKALXMW129DA01458 | 7692Q | 1/5/2009 | TY4955 | BLK | $4,754.00 | Uncrated | |
| 2009 | KLX250W9F | JKALXMW149DA01459 | 7692Q | 1/5/2009 | TY4927 | BLK | $4,754.00 | Uncrated | |

**Exhibit 1**
**Page 16 of 19**

Dealer Number:    0554

Organization Code    1-17-10-10

**KAWASAKI MOTORS ICE CORPORATION**
**FLOORING OUTSTANDING BALANCE INVENTORY**

Page 1 of 10

CYCLE SPORTS KAWASAKI
555 RIVER RD

Phone:    (541) 607-9000

EUGENE              OR    97404-3211

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2009 | KLE650A9F | JKALEEA1X9A033138 | 76KNB | 11/14/2008 | 634092 | GRN | $6,284.00 | Uncrated | |
| 2009 | KLX140B9F | JKBLXPB179DA04794 | 75YBK | 10/15/2008 | TU6958 | LIM | $2,749.00 | Uncrated | |
| 2010 | KLF250AAF | JKALFMA13AB578555 | 8C3KL | 3/8/2010 | E90192 | RED | $3,224.00 | Uncrated | |
| 2010 | KLF250AAF | JKALFMA19AB577961 | 8CPGN | 2/8/2010 | E81364 | BLU | $3,224.00 | Uncrated | |
| 2008 | KVF650D8F | JKAVFED188B522194 | 79MN7 | 5/28/2009 | C77999 | LIM | $5,784.00 | Uncrated | |
| 2007 | ZX1000D7F | JKAZXCD167A027693 | 79MPH | 5/28/2009 | 985662 | BLU | $9,561.00 | Uncrated | |
| 2008 | KLX450A8F | JKALXGA148A006098 | 79NC0 | 5/29/2009 | 455932 | LIM | $6,394.00 | Uncrated | |
| 2008 | KLX450A8F | JKALXGA138A006254 | 79NC1 | 5/29/2009 | 456039 | LIM | $6,394.00 | Uncrated | |
| 2008 | KLX450A8F | JKALXGA128A006326 | 79NC2 | 5/29/2009 | 456096 | LIM | $6,394.00 | Uncrated | |
| 2007 | JT1500B7F | US-KAW36905E707 | 79NDH | 5/29/2009 | C86788 | RED | $9,969.00 | Uncrated | |
| 2009 | KSV700A9F | JKASV6A179B521281 | 77Z3F | 2/11/2009 | E17115 | LIM | $6,071.00 | Uncrated | |
| 2008 | JT1500B8F | US-KAW40557J708 | 79NDL | 5/29/2009 | D07638 | LIM | $10,159.00 | Uncrated | |
| 2010 | EX250JAF | JKAEXMJ10ADA56284 | 8CPGP | 2/4/2010 | TK4154 | BLU | $3,849.00 | Uncrated | |
| 2010 | KAF400AAF | JK1AFEA17AB550223 | 8C3D6 | 3/8/2010 | E88046 | BLU | $6,654.00 | Uncrated | |
| 2008 | VN1600B8F | JKBVNKB128A018469 | 79NDR | 5/29/2009 | 453850 | RED | $9,849.00 | Uncrated | |
| 2009 | EX650C9F | JKAEXEC149DA39454 | 79RZZ | 6/5/2009 | TH0044 | BLK | $6,028.00 | Uncrated | |
| 2010 | KVF360CAF | JKBVFHC1XAB519267 | 8BNXV | 9/22/2009 | E74086 | APG | $5,689.00 | Uncrated | |
| 2009 | ER650C9F | JKAEREC109DA43754 | 79S4S | 6/11/2009 | TH1071 | BLU | $5,689.00 | Uncrated | |
| 2008 | KLX140B8F | JKBLXPB108DA03968 | 72TS0 | 3/27/2008 | TS6598 | LIM | $2,300.00 | Uncrated | |
| 2010 | KLX110CAF | JKALXSC12ADA72382 | 8B0VJ | 11/10/2009 | TK6738 | LIM | $1,879.00 | Uncrated | |

**Exhibit 1**
**Page 17 of 19**

Dealer Number:        0554

Organiz.    Code    1-17-10-10

KAWASAKI MOTORS FINANCE CORPORATION
FLOORING OUTSTANDING BALANCE INVENTORY

7/1    0

Page    . 10

CYCLE SPORTS KAWASAKI

555 RIVER RD

EUGENE                    OR    97404-3211

Phone:    (541) 607-9000

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2010 | KLX110DAF | JKALXSD19ADA73043 | 8B0VJ | 11/10/2009 | TK7646 | LIM | $2,006.00 | Uncrated | |
| 2007 | JT1500B7F | US-KAW36945F707 | 79NDJ | 5/29/2009 | C66810 | RED | $9,989.00 | Uncrated | |
| 2009 | KLE650A9F | JKALEEA129A039273 | 78Q8M | 3/25/2009 | 701258 | GRN | $6,284.00 | Uncrated | |
| 2007 | JT1500B7F | US-KAW38045F707 | 8D4DM | 5/28/2009 | C67374 | RED | $8,105.00 | Uncrated | |
| 2007 | JT1500B7F | US-KAW36939F707 | 8D4DL | 5/28/2009 | C66120 | BLU | $7,705.00 | Uncrated | |
| 2010 | ZR1000DAF | JKAZRCD12AA000668 | 8CY7M | 3/4/2010 | 746855 | BLK | $9,174.00 | Uncrated | |
| 2007 | JT1500B7F | US-KAW35379D707 | 7WQSW | 5/9/2007 | C43232 | BLU | $6,621.00 | Uncrated | |
| 2009 | EX650C9F | JKAEXEC159DA35011 | 7842R | 4/21/2009 | TG1156 | LIM | $6,029.00 | Uncrated | |
| 2010 | KRF750SAFA | JKARFDS14AB500455 | 8CPGQ | 2/5/2010 | E84912 | BLK | $11,499.00 | Uncrated | |
| 2010 | VN900CAF | JKAVN2C13AA039193 | 8CPGP | 2/4/2010 | 753584 | RED | $7,346.00 | Uncrated | |
| 2010 | VN900CAF | JKAVN2C12AA037290 | 8CPGP | 2/4/2010 | 729414 | BLU | $7,346.00 | Uncrated | |
| 2009 | VN900B9F | JKAVN2B109A052240 | 79GNH | 5/13/2009 | 702051 | BLK | $6,624.00 | Uncrated | |
| 2009 | KRF750L9F | JKARFDL139B501266 | 78N53 | 3/25/2009 | E39282 | LIM | $10,564.00 | Uncrated | |
| 2009 | KL650E9F | JKAKLEE119DA22767 | 79GIZ | 5/13/2009 | TA3237 | RED | $5,008.00 | Uncrated | |
| 2010 | VN900BAF | JKAVN2B11AA056351 | 8CPGP | 2/4/2010 | 725108 | RED | $6,964.00 | Uncrated | |
| 2010 | KLX110DAF | JKALXSD12ADA74358 | 8CPGP | 2/4/2010 | TM1286 | LIM | $2,006.00 | Uncrated | |
| 2010 | EX250JAF | JKAEXMJ18ADA55657 | 8CPGP | 2/4/2010 | TK3912 | BLU | $3,649.00 | Uncrated | |
| 2010 | EX250JAF | JKAEXMJ16ADA53471 | 8CPGP | 2/4/2010 | TK2619 | RED | $3,649.00 | Uncrated | |
| 2010 | EX250JAF | JKAEXMJ11ADA55682 | 8CPGP | 2/4/2010 | TK3909 | BLU | $3,649.00 | Uncrated | |
| 2010 | EX250JAF | JKAEXMJ11ADA55290 | 8CPGP | 2/4/2010 | TK3911 | BLU | $3,649.00 | Uncrated | |

**Exhibit 1**
**Page 18 of 19**

Dealer Number:    0554

KAWASAKI MOTORS FINANCE CORPORATION
FLOORING OUTSTANDING BALANCE INVENTORY

7/1/? ?

Organi.    Code    1-17-10-10

Page .    10

CYCLE SPORTS KAWASAKI

Phone:    (541) 607-9000

555 RIVER RD

EUGENE              OR    97404-3211

| Year | Model Number | VIN | Invoice # | Invoice Date | Crate # | Color | Balance | Status | Comments |
|------|--------------|-----|-----------|--------------|---------|-------|---------|--------|----------|
| 2009 | EX250J9FA | JKAEXMJ199DA45375 | 799BZ | 7/31/2009 | TI9765 | LIM | $3,734.00 | Uncrated | _____ |
| 2009 | KLE650A9F | JKALEEA179A036269 | 77SVB | 2/4/2009 | 675647 | BLU | $6,284.00 | Uncrated | _____ |
| 2010 | VN900BAF | JKAVN2B17AA056323 | 8CPGP | 2/4/2010 | 729146 | BLU | $6,964.00 | Uncrated | _____ |

| | | | | |
|--|--|--|--|--|
| Units in Stock: | 133 | In Stock Balance: | $840,327.00 | |
| Units Missing: | 49 | Missing Balance: | $434,427.00 | |
| Total Units: | 182 | Total Balance: | $1,274,754.00 | |

**Exhibit 1**
**Page 19 of 19**