1   **Loren D. Podwill**, OSB #843241
    E-Mail: loren.podwill@bullivant.com
2   **Daniel F. McNeil**, OSB #800810
    E-Mail: daniel.mcneil@bullivant.com
3   BULLIVANT HOUSER BAILEY PC
    300 Pioneer Tower
4   888 SW Fifth Avenue
    Portland, Oregon  97204-2089
5   Telephone: 503.228.6351
    Facsimile: 503.295.0915
6   Attorneys for Plaintiff Kawasaki Motors Finance
    Corporation
7

FILED'10 DEC 16 10:38USDC-ORE

8

9                    UNITED STATES DISTRICT COURT

10                       DISTRICT OF OREGON

11                        EUGENE DIVISION

12

13

14   KAWASAKI MOTORS FINANCE                Civil No.: 10-cv-6221-TC
     CORPORATION, a Delaware corporation,
15
                          Plaintiff,        **STIPULATED PERMANENT
16                                           INJUNCTION**
            v.
17
     CYCLE SPORTS OF SALEM, INC., an
18   Oregon corporation; DAVID COLFAX, an
     individual; and JUNE COLFAX, an
19   individual;,
20                        Defendants.
21
            Pursuant to Plaintiff's Motion, Fed. R. Civ. P. 64 and 65, the Stipulation of counsel
22
     for Plaintiff and for Defendants Cycle Sports of Salem, Inc., and David Colfax set forth
23

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089

**STIPULATED PERMANENT INJUNCTION
Page 1**

below, and the Preliminary Injunction entered herein on October 19, 2010,

IT IS HEREBY ORDERED AND DECREED that Defendants, their agents, employees and servants are hereby PRELIMINARILY ENJOINED from transporting, transferring, concealing, alienating, encumbering, disposing of or removing any and all completed and assembled inventory, equipment or goods financed by Plaintiff, whether now owned or later acquired by Defendants, together with all improvements, replacements or additions thereto, and proceeds and receivables from the sale or disposition of any of the foregoing (including insurance premiums and insurance payments to Defendants), wherever the same may be located, UNLESS and EXCEPT if Defendants have requested and received express prior approval from Plaintiff for the sale or disposition of said inventory, equipment and goods, or any portion thereof.

This Stipulated Permanent Injunction includes but is not limited to the above specified property located at 4764 Portland Road, Salem, Oregon 97305, 1465 Johnson Street, Salem, Oregon 97301 and 555 River Road, Eugene, Oregon 97401.

The parties hereto have agreed to waive a bond for issuance of this Stipulated Permanent Injunction.

This Stipulated Permanent Injunction replaces and supersedes the Stipulated Preliminary Injunction previously entered in this case, and shall remain in effect until modified or terminated by the parties or by this Court.

DATED this ⸤⸤ day of December, 2010.

THOMAS A. COFFIN
U.S. MAGISTRATE JUDGE

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**STIPULATED PERMANENT INJUNCTION**
**Page 2**

THE FOREGOING PERMANENT INJUNCTION IS SO STIPULATED AND AGREED:

BULLIVANT HOUSER BAILEY PC

By _/s/ Daniel F. McNeil_
    **Loren D. Podwill**
    OSB #843241
    **Daniel F. McNeil**
    OSB # 800810
    Attorneys for Plaintiff Kawasaki Motors Finance Corporation

MUHLHEIM BOYD, LLP

By _/s/ Keith Boyd_
    **Keith Boyd,**
    OSB #760701
    Attorneys for Defendants Cycle Sports of Salem, Inc., and David Colfax

12947094.1

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**STIPULATED PERMANENT INJUNCTION**
**Page 3**